UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMAN J. GORDON,

    Plaintiff,

v.

    Case No. 14-11990
    Hon. Gerald E. Rosen
    Magistrate Judge Michael Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 14, 2015

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

On August 12, 2015, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R & R") recommending that the Court (i) grant in part and deny in part Plaintiff Herman J. Gordon's motion for summary judgment, (ii) grant in part and deny in part the Defendant Commissioner of Social Security's motion for summary judgment, and (iii) remand this matter to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the

analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's August 12, 2015 Report and Recommendation (docket #18) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's August 19, 2014 motion for summary judgment (docket #14) is GRANTED IN PART and DENIED IN PART, and that Defendant's October 29, 2014 motion for summary judgment (docket #16) likewise is GRANTED IN PART and DENIED IN PART.  In accordance with these rulings, the decision of the Defendant Commissioner is affirmed in part and reversed in part, and this case will be remanded to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's R & R.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated:  September 14, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2015, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5135